AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Anthony W. Sheppard | )  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:13-cv-402-CMC |
| Richland County General Sessions, Richland County Sheriff, Richland County Solicitor's Office, Horry County Magistrate Court Policy Dept and Solicitor's | ) ) ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge. The court accepts the Report and Recommendation of Thomas E. Rogers, III, United States Magistrate Judge.

Date:  April 18, 2013

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*